# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Claudia A. Minor                      CHAPTER 13
        Perry A. Minor

                                     BKY. NO. 19-70310 JAD
                 Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       Attorney I.D. No. 42524
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       jwarmbrodt@kmllawgroup.com