IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Claudia A. Minor<br>    Perry A. Minor<br><br>Debtors<br><br>    Claudia A. Minor<br>    Perry A. Minor<br><br>Movants<br><br>               v.<br><br>Ronda J. Winndcour, Trustee<br><br>Respondent | Bankruptcy No. **19-70310-JAD**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __Terry L. Graffius__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Terry L. Graffius**
    Signature
**Terry L. Graffius**
    Typed Name
**1397 Eisenhower Blvd., Suite 202**
**Richland Square III**
**Johnstown, PA 15904**
    Address
**814-266-1799 Fax:814-266-5108**
    Phone No.
**75999 PA**
    List Bar I.D. and State of Admission

Arbutus Park Retirement Center
207 Ottawa Street
Johnstown, PA 15904

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130

CitiBank
P.O. Box 6500
Sioux Falls, SD 57117

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

CNBA/Best Buy
P.O. Box 6497
Sioux Falls, SD 57117

Comcast Corporation
Comcast Center
1701 JFK Boulevard
Philadelphia, PA 19103

First National Bank of PA
4140 East State Street
Hermitage, PA 16148

Freedom Financial Network, LLC
P.O. Box 2330
Phoenix, AZ 85002-2330

Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108

Midland Mortgage
P.O. Box 26648
Oklahoma City, OK 73126-0648

Mr. Cooper
ATTN: Customer Relations
P.O. Box 619098
Dallas, TX 75261-9741

Portfolio Recovery
120 Corporate Blvd., Suite 100
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23451

SYNCB/Lowes
P.O. Box 956005
Orlando, FL 32896

SYNCB/Walmart
P.O. Box 965024
Orlando, FL 32896

Windber Medical Center
P.O. Box 16157
Rocky River, OH 44116

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219