IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
Claudia A. Minor : No. 19-70310-JAD
Perry A. Minor :
    Debtor(s) : Chapter 7
:
: Document No. 82

**RULE 1019 CONVERSION REPORT**

I, Terry L. Graffius, Esquire, Leventry, Haschak, & Rodkey, LLC, counsel for the Debtor(s), Claudia A. Minor and Perry A. Minor, hereby report as follows:

1. Since the filing of the Chapter 13 case on May 22, 2019, the Debtor(s) have not incurred post-petition debt.

2. Since the filing of the Chapter 13 case, the Debtor(s) have accrued a new motor vehicle and updated their schedules and filed the same.

3. Since the filing of the Chapter 13 case, there have been no post-petition executory contracts entered into by the Debtor(s).

4. A Statement of Intentions and a Disclosure of Compensation of Attorney for Debtor have been filed.

Date: September 24, 2021

/s/ Terry L. Graffius
Terry L. Graffius, Esquire
Counsel for Debtor(s)
Leventry, Haschak & Rodkey, LLC
1397 Eisenhower Blvd.
Richland Square III, Suite 202
814-266-1799
PA ID: 75999