**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CLAUDIA A. MINOR
PERRY A. MINOR
      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Respondents.

Case No.:19-70310 JAD

Document No.:

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 05/22/2019  and confirmed on 07/23/2019 .  The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,787.32 |
| Less Refunds to Debtor | 1,153.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,633.92 |

| | | |
|---|---:|---:|
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 972.71 | |
|   Trustee Fee | 756.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,728.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7627 | | | | |
|   MIDFIRST BANK SSB* | 11,416.45 | 8,190.42 | 1,164.37 | 9,354.79 |
|     Acct: 6710 | | | | |
| | | | | 9,354.79 |
| **Priority** | | | | |
|   TERRY L GRAFFIUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLAUDIA A. MINOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLAUDIA A. MINOR | 1,153.40 | 1,153.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEVENTRY HASCHAK & RODKEY LLC | 2,310.00 | 972.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 2,550.42 | 0.00 | 2,550.42 |
|     Acct: 6710 | | | | |
| | | | | 2,550.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| ARBUTUS PARK RETIREMENT CENTER | 1,084.80 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,143.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3263 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 3,635.33 | 0.00 | 0.00 | 0.00 |
| Acct: 0141 | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9231 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,683.80 | 0.00 | 0.00 | 0.00 |
| Acct: 6785 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 5,186.75 | 0.00 | 0.00 | 0.00 |
| Acct: 1330 | | | | |
| FREEDOM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2720 | | | | |
| MIDLAND FUNDING LLC | 3,810.97 | 0.00 | 0.00 | 0.00 |
| Acct: 2667 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 771.87 | 0.00 | 0.00 | 0.00 |
| Acct: 1673 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 385.78 | 0.00 | 0.00 | 0.00 |
| Acct: 2720 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2769 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,699.75 | 0.00 | 0.00 | 0.00 |
| Acct: 4263 | | | | |
| COMCAST CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9525 | | | | |
| WINDBER CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 608H | | | | |
| MIDLAND MORTGAGE CO* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6710 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2720 | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                11,905.21

TOTAL CLAIMED
PRIORITY                0.00
SECURED             11,416.45
UNSECURED          21.402.72

Date: 10/28/2021                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com